IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| REGINALD LEE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:09-cv-1322-WMA-TMP |
| MARY SNODDY, | ) |
| Defendant. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report on May 11, 2011, recommending that this action be dismissed without prejudice, pursuant to 42 U.S.C. § 1997e(a), in order for the plaintiff to exhaust the administrative remedies available to him through the Greene County Jail. Although the parties were advised of their right to file specific written objections within 15 days, no objections have been filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, this action is due to be dismissed without prejudice, pursuant to 42 U.S.C. § 1997e(a). A Final Judgment will be entered.

DATED this 3rd day of June, 2011.

/s/ William M. Acker, Jr.
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE